| | | |
|---|---|---|
| IN RE: ALESIA R. SEALS, | ) | CASE NO.: 1:21-BK-71694 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### DEBTOR'S MOTION TO REOPEN AND TO REAPPOINT CHAPER 7 BANKRUPTCY TRUSTEE

1. Plaintiff's civil counsel spoke with Debtor on May 9, 2025, who did not know she had a claim at the time of the bankruptcy. She did not understand some of the events that had occurred and in no way wanted to hide this potential recovery.

2. On May 9, 2025, Debtor's counsel spoke with office of the Bankruptcy Trustee (Randy Rice).

3. Debtor's counsel informed Mr. Rice's assistant, Brandi, that she represented Debtor and that a year after the discharge of the bankruptcy, she filed a civil lawsuit on Debtor's behalf that has a potential for recovery.

4. Debtor's counsel called Mr. Rice's office three times to follow up and was able to reach Brandi again on May 29, 2025. Mr. Rice had been on vacation, but I was able to speak with him on this day.

5. Mr. Rice informed Debtor's counsel that the claim remained an asset of the bankruptcy estate and that this case should be reopened in order for all parties to pursue the claim.

6. Debtor's counsel informed the U.S. Trustee's Office of this Motion, and she reached out to Debtor's civil case counsel and gave assistance to the filing of this Motion to Reopen.

7. Debtor's counsel will move for pro hac vice admission in Arkansas.

WHEREFORE, Debtor respectfully files this Motion to Reopen Case and Reappoint a Chapter 7 Bankruptcy Trustee.

Respectfully submitted,

*/s/ Penny L. Barrick*
Penny L. Barrick (PHV Pending)
BABIN LAW, LLC
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: 614-761-8800
C: 614-747-6184
E: penny.barrick@babinlaws.com

*Attorney for Plaintiff A.S.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

Respectfully Submitted,

*Penny L. Barrick*
Penny L. Barrick